790 A.2d 899

IN THE MATTER OF JACOB WYSOKER,
AN ATTORNEY AT LAW.

February 25, 2002.

### ORDER

This matter having been duly presented to the Court, it is ORDERED that **JACOB WYSOKER** of **NEW BRUNSWICK**, who was admitted to the bar of this State in 1951, and who was suspended from the practice of law for a period of three months effective November 23, 2001, by Order of this Court dated October 30, 2001, be restored to the practice of law, effective immediately.